Lorenzo Perrone, Respondent, v. Brooklyn and Queens Transit Corporation, Appellant.— In view of the decision in *Perrone* v. *Brooklyn and Queens Transit Corporation* (*post*, p. 1050), decided herewith, the appeal from the judgment in favor of plaintiff is dismissed, without costs. Lazansky, P. J., Hagarty, Johnton, Adel and Close, JJ., concur.

Lorenzo Perrone, Appellant, v. Brooklyn and Queens Transit Corporation, Respondent.— Action to recover damages for personal injuries sustained by plaintiff, a passenger, in consequence of the collision of two of defendant's trolley cars. Order setting aside the verdict of a jury in favor of plaintiff, vacating the judgment entered thereon, and granting a new trial on the ground of newly-

discovered evidence, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.